IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------ x
                                                :
In re:                                       :     Chapter 11
                                                :
CLASSIC COMMUNITIES CORPORATION, :     Case No. 1:16-bk-02022 (MDF)
                                                :
                Debtor.                     :     NOTICE OF APPOINTMENT OF
                                                :     COMMITTEE OF UNSECURED
------------------------------ x     CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned case:

1. **Adams Drywall, Inc.**, 403 South Erisman Road, Manheim, PA 17545, Phone: (717) 587-3040
2. **Benfield Electric Co., Inc.**, Attn: Greg Benfield, 400 Hickory Drive, Suite 200, Aberdeen, MD 21001, Phone: (410) 879-1485, Fax: (410) 893-0882
3. **Esh's Masonry, LLC**, 959 Georgetown Road, Paradise, PA 17562
4. **James Lauer f/d/b/a Lauer Electric**, 1158 Cord Drive, Hummelstown, PA 17036
5. **J.C. Snavely & Sons, Inc.**, 150 Main Street, Landisville, PA 17538, Phone: (717) 898-2241
6. **Mountain View Plumbing & Heating**, Attn: Stephen Stoltzfus, 172 Kansas Road, Landisburg, PA 17040, Phone: (717) 789-3343, Fax: (717) 789-3356
7. **Schouten Drywall LLC**, 112 North Cedar Street, Lititz, PA 17543, Phone: (717) 626-0729, Fax: (866) 871-9686

                                          ANDREW R. VARA
                                          Acting United States Trustee, Region 3

                                          */s/ Benjamin Hackman* for
                                          ANNE FIORENZA
                                          ASSISTANT UNITED STATES TRUSTEE

DATED: June 7, 2016

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's Counsel: Robert Chernicoff, Phone: (717) 238-6570, Fax: (717) 238-4809